IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORCHARD SUPPLY HARDWARE, LLC,

    Plaintiff,

  v.

HOME DEPOT USA, INC., et al.,

    Defendants.

No. C 12-06361 WHA

**ORDER DENYING *PRO HAC VICE* APPLICATIONS**

    The *pro hac vice* applications of Attorneys Hansen, Brenner, and Naeger (Dkt. Nos. 21–23) are **DENIED** for failing to specify membership in good standing of a United States Court or the highest court of another State or the District of Columbia. Merely claiming membership of "the bar of Wisconsin" or "the State of Wisconsin" is insufficient under the civil local rules. While the application fees does not need to be paid again, the applications cannot be processed until corrected forms are submitted.

    **IT IS SO ORDERED.**

Dated: January 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE