IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORCHARD SUPPLY HARDWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC., et al.,<br><br>Defendants.<br>/ | No. C 12-06361 WHA<br><br>**ORDER GRANTING *PRO HAC VICE* APPLICATIONS FOR ATTORNEYS HANSEN, BRENNER, AND NAEGER** |

The *pro hac vice* applications of Attorneys Hansen, Brenner, and Naeger (Dkt. Nos. 21–23, 25–27) are **GRANTED.**

**IT IS SO ORDERED.**

Dated: February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE