```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    ROXANE A. POLIDORA (CA Bar No. 135972)
 2  roxane.polidora@pillsburylaw.com
    ANDREW D. LANPHERE (CA Bar No. 191479)
 3  andrew.lanphere@pillsburylaw.com
    LINDSAY A. LUTZ (CA Bar No. 254442)
 4  lindsay.lutz@pillsburylaw.com
    Four Embarcadero Center, 22nd Floor
 5  San Francisco, CA 94111
    Telephone: (415) 983-1000
 6  Facsimile: (415) 983-1200

 7  Attorneys for Defendant
    HOME DEPOT USA, INC.
 8
    [additional parties and counsel listed in signature block]
 9
```

RECEIVED
APR 0 9 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 0 9 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORCHARD SUPPLY HARDWARE LLC,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC., MILWAUKEE ELECTRIC TOOL CORPORATION, and MAKITA USA, INC.,<br><br>Defendants. | Case No. 12-cv-6361 JST<br><br>STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE |

STIPULATION REGARDING
CASE MANAGEMENT CONFERENCE
Case No. 12-cv-6361

704026867v2

1  WHEREAS, Plaintiff Orchard Supply Hardware LLC filed a complaint in the above-captioned case on December 14, 2012;

WHEREAS, Defendants Home Depot USA, Inc., Milwaukee Electric Tool Corporation, and Makita USA, Inc. filed a motion to dismiss the complaint, which the Court heard and took under submission on April 4, 2013;

WHEREAS, the Court has set an intial Case Management Conference for May 7, 2013 at 2:00 p.m.;

WHEREAS, subject to approval of the Court, the Parties stipulate to continue the initial Case Management Conference, their initial exchanges under Rule 26 of the Federal Rules of Civil Procedure, and their intial meet-and-confer conference under Rule 26 of the Federal Rules of Civil Procedure, so that these procedures take place after the Court has settled the pleadings in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, on behalf of their respective clients, as follows:

Subject to the approval of the Court, the parties stipulate that the initial Case Management Conference scheduled for May 7, 2013 will be taken off calendar. Promptly after the Court has issued an order that settles the pleadings, the Parties will jointly ask the Court to reschedule the above proceedings, and, if the Court prefers, the parties will prepare a proposed CMC Order in accordance with the Court's instructions that sets the dates for these proceedings.

Dated: April 8, 2013.

SO ORDERED:

_____
The Honorable John S. Tigar
District Court Judge

4/9/13
Date Entered