1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ROXANE A. POLIDORA (CA Bar No. 135972)
2  roxane.polidora@pillsburylaw.com
   ANDREW D. LANPHERE (CA Bar No. 191479)
3  andrew.lanphere@pillsburylaw.com
   LINDSAY A. LUTZ (CA Bar No. 254442)
4  lindsay.lutz@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
5  San Francisco, CA 94111
   Telephone: (415) 983-1000
6  Facsimile: (415) 983-1200

7  Attorneys for Defendant
   HOME DEPOT USA, INC.
8
   [additional parties and counsel listed in signature block]
9

RECEIVED

APR 0 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

APR 0 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORCHARD SUPPLY HARDWARE LLC, | Case No. 12-cv-6361 JST |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE |
| v. | |
| HOME DEPOT USA, INC., MILWAUKEE ELECTRIC TOOL CORPORATION, and MAKITA USA, INC., | |
| Defendants. | |

STIPULATION REGARDING
CASE MANAGEMENT CONFERENCE
Case No. 12-cv-6361

704026867v2

1   WHEREAS, Plaintiff Orchard Supply Hardware LLC filed a complaint in the
2   above-captioned case on December 14, 2012;
3   WHEREAS, Defendants Home Depot USA, Inc., Milwaukee Electric Tool
4   Corporation, and Makita USA, Inc. filed a motion to dismiss the complaint, which the
5   Court heard and took under submission on April 4, 2013;
6   WHEREAS, the Court has set an intial Case Management Conference for May 7,
7   2013 at 2:00 p.m.;
8   WHEREAS, subject to approval of the Court, the Parties stipulate to continue the
9   initial Case Management Conference, their initial exchanges under Rule 26 of the Federal
10  Rules of Civil Procedure, and their intial meet-and-confer conference under Rule 26 of the
11  Federal Rules of Civil Procedure, so that these procedures take place after the Court has
12  settled the pleadings in this case;
13  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
14  among the undersigned counsel, on behalf of their respective clients, as follows:
15  Subject to the approval of the Court, the parties stipulate that the initial Case
16  Management Conference scheduled for May 7, 2013 will be taken off calendar. Promptly
17  after the Court has issued an order that settles the pleadings, the Parties will jointly ask the
18  Court to reschedule the above proceedings, and, if the Court prefers, the parties will prepare
19  a proposed CMC Order in accordance with the Court's instructions that sets the dates for
20  these proceedings.
21  Dated: April 8, 2013.

**SO ORDERED:**

_____
The Honorable John S. Tigar
District Court Judge

4/9/13
Date Entered