UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORCHARD SUPPLY HARDWARE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC., et al.,<br><br>    Defendants. | Case No.  12-cv-06361-JST<br><br>**ORDER GRANTING PARTIES' STIPULATED REQUEST TO PERMIT PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT; VACATING HEARING DATE**<br><br>Re: ECF No. 50 |

Plaintiff has moved for leave to file a second amended complaint. ECF No. 48. Subsequently, the parties stipulated to Plaintiff's request. ECF No. 50. Accordingly, and for good cause appearing, the Court hereby GRANTS Plaintiff leave to file its proposed second amended complaint in accordance with the stipulation. The Court also VACATES the hearing currently scheduled for June 20, and TERMINATES the motion at ECF No. 48 as moot.

**IT IS SO ORDERED**.

Dated: May 24, 2013

_____
JON S. TIGAR
United States District Judge