UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORCHARD SUPPLY HARDWARE LLC,

    Plaintiff,

v.

HOME DEPOT USA, INC., et al.,

    Defendants.

Case No.  12-cv-06361-JST

**ORDER ADVISING PARTIES OF COURT'S TENTATIVE ORDER**

The Court has prepared a tentative order in response to Defendant's Motion to Dismiss the Second Amended Complaint, ECF No. 54.  The tentative order is attached at Exhibit A.  The tentative order has been issued solely to prepare counsel for oral argument.  *The tentative order does not constitute an opinion of the Court and should not be published or cited for any purpose.*

Dated: August 13, 2013



JON S. TIGAR
United States District Judge