| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | ROXANE A. POLIDORA (CA Bar No. 135972) |
| 2 | roxane.polidora@pillsburylaw.com |
| | ANDREW D. LANPHERE (CA Bar No. 191479) |
| 3 | andrew.lanphere@pillsburylaw.com |
| | LINDSAY A. LUTZ (CA Bar No. 254442) |
| 4 | lindsay.lutz@pillsburylaw.com |
| | Four Embarcadero Center, 22nd Floor |
| 5 | Post Office Box 2824 |
| | San Francisco, CA  94126-2824 |
| 6 | Telephone: (415) 983-1000 |
| | Facsimile No.: (415) 983-1200 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORCHARD SUPPLY HARDWARE LLC, | Case No.: 12-CV-6361 JST |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |
| vs. | |
| HOME DEPOT USA, INC., MILWAUKEE ELECTRIC TOOL CORPORATION, and MAKITA USA, INC., | |
| Defendants. | |

1    WHEREAS, pursuant to the Court's September 19, 2013 Order Granting in Part and
2 Denying in Part Motion to Dismiss the Second Amended Complaint (Dkt. 59), Defendant
3 Home Depot USA, Inc.'s answer to the Second Amended Complaint filed by Plaintiff
4 Orchard Supply Hardware LLC on May 24, 2013 is currently due on October 18, 2013;
5    WHEREAS, Plaintiff Orchard Supply Hardware LLC filed a complaint in the
6 above-captioned case on December 14, 2012;
7    WHEREAS, Defendant has requested and Plaintiff has agreed to an additional two
8 weeks for Defendant to answer the Second Amended Complaint;
9    WHEREAS, Defendant has not previously requested an extension of the time to
10 answer;
11    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
12 among the undersigned counsel, on behalf of their respective clients, as follows:
13    Subject to the approval of the Court, the parties stipulate that Defendant's answer to
14 the Second Amended Complaint shall be due on November 1, 2013.
15    Dated: October 15, 2013.

17    **SO ORDERED:**

19    The Honorable Jon S. Tigar
     District Court Judge

21     October 16, 2013
     Date Entered

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | ROXANE A. POLIDORA |
| 2 | ANDREW D. LANPHERE |
|   | LINDSAY A. LUTZ |
| 3 | Four Embarcadero Center, 22nd Floor |
| 4 | San Francisco, CA  94111 |

By:       /s/ Roxane A. Polidora
            Roxane A. Polidora

Attorneys for Defendant
HOME DEPOT USA, INC.

LAW OFFICES OF WILLIAM A. MARKHAM
WILLIAM A. MARKHAM (CA Bar No. 132970)
DORN GRAHAM BISHOP (CA Bar No. 147994)
550 West C Street, Suite 2040
San Diego, California  92101
Telephone: (619) 221-4400
Facsimile: (619) 224-3974

By:       /s/ William A. Markham
            William A. Markham

Attorneys for Plaintiff ORCHARD SUPPLY HARDWARE

ATTESTATION: Pursuant to to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the signatories thereto.