| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | ROXANE A. POLIDORA (CA Bar No. 135972) |
| 2 | roxane.polidora@pillsburylaw.com |
| | ANDREW D. LANPHERE (CA Bar No. 191479) |
| 3 | andrew.lanphere@pillsburylaw.com |
| | LINDSAY A. LUTZ (CA Bar No. 254442) |
| 4 | lindsay.lutz@pillsburylaw.com |
| | Four Embarcadero Center, 22nd Floor |
| 5 | Post Office Box 2824 |
| | San Francisco, CA  94126-2824 |
| 6 | Telephone: (415) 983-1000 |
| | Facsimile No.: (415) 983-1200 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORCHARD SUPPLY HARDWARE LLC,

                Plaintiff,

vs.

HOME DEPOT USA, INC., MILWAUKEE ELECTRIC TOOL CORPORATION, and MAKITA USA, INC.,

                Defendants.

Case No.: 12-CV-6361 JST

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

1   WHEREAS, pursuant to the Court's September 19, 2013 Order Granting in Part and Denying in Part Motion to Dismiss the Second Amended Complaint (Dkt. 59), Defendant Home Depot USA, Inc.'s answer to the Second Amended Complaint filed by Plaintiff Orchard Supply Hardware LLC on May 24, 2013 is currently due on October 18, 2013;

WHEREAS, Plaintiff Orchard Supply Hardware LLC filed a complaint in the above-captioned case on December 14, 2012;

WHEREAS, Defendant has requested and Plaintiff has agreed to an additional two weeks for Defendant to answer the Second Amended Complaint;

WHEREAS, Defendant has not previously requested an extension of the time to answer;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, on behalf of their respective clients, as follows:

Subject to the approval of the Court, the parties stipulate that Defendant's answer to the Second Amended Complaint shall be due on November 1, 2013.

Dated: October 15, 2013.

**SO ORDERED:**

_[signature]_

The Honorable Jon S. Tigar
District Court Judge

 October 16, 2013
Date Entered

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | ROXANE A. POLIDORA |
| 2 | ANDREW D. LANPHERE |
| | LINDSAY A. LUTZ |
| 3 | Four Embarcadero Center, 22nd Floor |
| 4 | San Francisco, CA  94111 |
| 5 | |
| | By:       /s/ Roxane A. Polidora       |
| 6 |              Roxane A. Polidora |
| 7 | Attorneys for Defendant |
| 8 | HOME DEPOT USA, INC. |
| 9 | LAW OFFICES OF WILLIAM A. MARKHAM |
| | WILLIAM A. MARKHAM (CA Bar No. 132970) |
| 10 | DORN GRAHAM BISHOP (CA Bar No. 147994) |
| | 550 West C Street, Suite 2040 |
| 11 | San Diego, California  92101 |
| | Telephone: (619) 221-4400 |
| 12 | Facsimile: (619) 224-3974 |
| 13 | |
| | By:       /s/ William A. Markham       |
| 14 |              William A. Markham |
| 15 | Attorneys for Plaintiff ORCHARD SUPPLY HARDWARE |
| 16 | |
| 17 | ATTESTATION: Pursuant to to Local Rule 5-1(i)(3), the filer attests that concurrence in |
| 18 | the filing of this document has been obtained from the signatories thereto. |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |