UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORCHARD SUPPLY HARDWARE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | Case No.  12-cv-06361-JST<br><br>**ORDER REGARDING ADR MEET-AND-CONFER** |

On March 21, 2014, at 9:00 a.m. in the Oakland Courthouse of the Northern District of California, at a specific location to be announced, counsel for Plaintiff, Defendant, and the authorized representative(s) of the entity or entities currently holding Plaintiff's claims in this action shall appear to conduct an in-person meet-and-confer to determine whether this action should be mediated.  All persons whose authority is necessary to reach agreement must be personally present.  The meet-and-confer will continue until the parties reach agreement, the Court's ordinary business day has concluded, or the Court orders otherwise.  The Court will participate in the parties' discussions as necessary.

In the alternative, the parties may file a stipulation by March 17, 2014, indicating that the parties have agreed to participate in mediation, and identifying the name of the mediator, and the date and time of the scheduled mediation.

**IT IS SO ORDERED.**

Dated: March 5, 2014

_____
JON S. TIGAR
United States District Judge