William A. Markham, State Bar No. 132970
Dorn Graham Bishop, State Bar No. 147994
LAW OFFICES OF WILLIAM MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel:        (619) 221-4400
Fax:       (619) 224-3974
E-mail:   wm@markhamlawfirm.com

Attorneys for Orchard Supply Hardware LLC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ORCHARD SUPPLY HARDWARE LLC,<br>　　　　Plaintiff,<br>Vs.<br>HOME DEPOT USA, INC.; MILWAUKEE ELECTRIC TOOL CORPORATION; and MAKITA USA, INC.,<br>　　　　Defendants. | Case No.  12-cv-6361 JST<br><br>STIPULATION AND ~~PROPOSED~~ ORDER (RE: NOTICE OF PRIVATE MEDIATION AND REQUEST FOR STAY OF PROCEEDINGS PENDING MEDIATION)<br><br>The Hon. Jon S. Tigar<br><br>Complaint Filed:  December 14, 2012<br>Trial Date:          Not Set |

　　　　WHEREAS, on December 14, 2012, Plaintiff, Orchard Supply Hardware, LLC ("Orchard"), filed its original complaint (Dkt. 1) against Defendants Home Depot USA, Inc. ("Home Depot"), Milwaukee Electric Tool Corporation ("Milwaukee"), and Makita USA, Inc. ("Makita"); and

　　　　WHEREAS, the Court ruled on Defendants' challenges to the pleadings by its decision on their second motion to dismiss (Dkt. 59), which it entered on September 19, 2013.; and

　　　　WHEREAS, Home Depot and Orchard have since conducted some settlement negotiations; and

　　　　WHEREAS, Orchard represents that in June, 2013 it entered bankruptcy proceedings and, while in bankruptcy, assigned its present claims to its "Senior Secured Term Loan Lenders," who in

turn have designated Bradley Dietz as the "Responsible Person" charged with the authority and duty to "investigate, prosecute, settle, liquidate, dispose of, and/or abandon" Orchard's present claims; and in addition Orchard and its lenders represent that Mr. Dietz has been properly designated as a representative of Orchard's bankruptcy estate under 11 U.S.C. § 1123(b)(3)(B); and

WHEREAS, on March 5, 2014 the Court set a further case management conference in this case for March 21, 2014 at 9:00 a.m. in the Oakland Courthouse, unless by March 17, 2014 the parties gave notice that they had confirmed a private mediation, in which event the parties could request that Court continue this case management conference; and

WHEREAS, the parties have confirmed a private mediation of Orchard's claims against Home Depot, and this mediation will be conducted in San Francisco, California on April 28, 2014 by the Honorable Fern Smith (ret.) of JAMS at its offices in San Francisco; and

WHEREAS, in light of the assignment of its claims, Orchard wishes to seek leave to amend its operative complaint to reflect that it has assigned its claims to its Senior Secured Term Loan Lenders; and

WHEREAS, Home Depot does not oppose the grant of this leave, but preserves all of its objections and defenses to the pleading of the assignment and to the legal consequences and effect of the assignment; and

WHEREAS, the parties request that case management conference set for March 21, 2014 be continued to May 7, 2014 at 2:00 p.m.

WHEREFORE, Orchard and Home Depot stipulate to the following arrangement, but subject to this Court's approval:

1.  The scheduling conference set for March 21, 2014 at 9:00 a.m. in the Oakland Courthouse is continued to May 7, 2014 at 2:00 p.m., when it will be heard in Courtroom 9 of this Court.

2.  The Court stays all proceedings in this case until the parties have completed their private mediation, which is scheduled to take place before the Honorable Fern Smith (Ret.) in San Francisco, California on April 28, 2014 at 9:00 a.m.

//

STIPULATION AND ~~PROPOSED~~ ORDER (RE: NOTICE OF PRIVATE
MEDIATION AND REQUEST FOR STAY OF PROCEEDINGS PENDING MEDIATION)
-2-

3. Orchard is hereby given leave to file its third amended complaint, but only for the purpose of alleging the fact, circumstances, and effect of the assignment of its claims to its present assignee. A true and correct copy of this complaint is appended hereto and will be accepted for filing upon the Court's approval of this Stipulation.

4. Home Depot need not file an answer the third amended complaint, but rather the Court will set a deadline for its response after the mediation if any of Orchard's claims against Home Depot remains pending after the mediation.

**IT IS SO STIPULATED**:

DATED:  March 14, 2014           Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Roxane Polidora

Roxane Polidora
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED:  March 14, 2014           Respectfully submitted,

LAW OFFICES OF WILLIAM MARKHAM, P.C.

By: /s/ William Markham

William A. Markham,
Attorneys for Plaintiff,
ORCHARD SUPPLY HARDWARE LLC.

**PURSUANT TO STIPULATION, AND IN ACCORDANCE WITH LOCAL RULE 7-12, IT IS SO ORDERED**:

DATED:  March 18, 2014

Jon S. Tigar
United States District Judge

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND ~~PROPOSED~~ ORDER (RE: NOTICE OF PRIVATE MEDIATION AND REQUEST FOR STAY OF PROCEEDINGS PENDING MEDIATION)

-3-