UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENIOR SECURED TERM LOAN LENDERS TO ORCHARD SUPPLY HARDWARE LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　Defendant. | Case No.  12-cv-06361-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 81 |

　　　　The parties stated on the record on May 1, 2014, that they have settled this action.  See ECF No. 88.  Accordingly, all deadlines and hearings in this case, including the May 7 case management conference, are VACATED.  By June 13, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

　　　　The Court also hereby SETS a case management conference on June 25, 2014 at 2:00 P.M., which will be automatically vacated if the stipulation of dismissal is timely filed.

　　　　Any continuance of the deadline set in this Order requires a showing of good cause.  Failure to comply with that deadline may result in sanctions.

　　　　**IT IS SO ORDERED**.

Dated: May 2, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge