William A. Markham, State Bar No. 132970
Dorn Graham Bishop, State Bar No. 147994
LAW OFFICES OF WILLIAM MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel: (619) 221-4400
Fax: (619) 224-3974
E-mail: wm@markhamlawfirm.com

Attorneys for Senior Secured Term Loan Lenders to Orchard Supply Hardware LLC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SENIOR SECURED TERM LOAN LENDERS TO ORCHARD SUPPLY HARDWARE LLC,<br><br>Plaintiffs,<br><br>Vs.<br><br>HOME DEPOT USA, INC.,<br><br>Defendant. | Case No. 12-cv-6361 JST<br><br>STIPULATED DISMISSAL OF CLAIMS<br><br>The Hon. Jon S. Tigar<br><br>Complaint Filed: December 14, 2012<br>Trial Date: Not Set |

Plaintiffs are the assignees of all of the claims originally asserted by the original plaintiff. Plaintiffs and Defendant Home Depot USA, Inc. hereby stipulate to dismiss with prejudice all of Plaintiffs' claims against Defendant Home Depot USA, Inc. These parties further stipulate that each side will bear its own attorney's fees and costs.

These parties make this stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in accordance with this Court's scheduling order of May 2, 2014 (Dkt.82). These parties further represent to the Court that the only other claims asserted in this case were dismissed by the Court without leave to amend on September 19, 2013 (Dkt. 59), so that all of the claims ever asserted in

this case have been dismissed either by the present stipulation or by prior order of this Court.

**IT IS SO STIPULATED**.

DATED: June 6, 2014

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Tel: 415.983.1255

By: /s/ Roxane Polidora
Roxane Polidora
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: June 6, 2014

Respectfully submitted,

LAW OFFICES OF WILLIAM MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101
Tel: 619.221.4400

By: /s/ William Markham
William A. Markham,
Attorneys for Plaintiffs,
SENIOR SECURED TERM LOAN LENDERS TO ORCHARD SUPPLY HARDWARE LLC.

In accordance with Local Rule 5-1(i)(3), I affirm to the Court that Roxane Polidora, who is counsel for Defendant Home Depot USA, Inc., has authorized me to affix her electronic signature to the present stipulation.

DATED: June 6, 2014

Respectfully submitted,

LAW OFFICES OF WILLIAM MARKHAM, P.C.

By: /s/ William Markham
William A. Markham,
Attorneys for Plaintiffs.